EL PUEBLO, DEMANDANTE Y APELADO, *v.* MARTÍNEZ, ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Ponce en causa por acometimiento y agresión.

No. 1339.—Resuelto en diciembre 16, 1918.

ACOMETIMIENTO Y AGRESIÓN—DEFENSA PROPIA.—La alegación de defensa propia formulada por el acusado a una acusación por acometimiento y agresión, fundada en que el acusado actuó para repeler un acometimiento no ha de ser sostenida cuando la prueba demuestra que antes del acometimiento el acusado insultaba a su agresor, ante el cual se encontraba en actitud agresiva.

ID.—ID.—ACOMETIMIENTO Y AGRESIÓN CON CIRCUNSTANCIAS AGRAVANTES.—El acometimiento y agresión se convierte en grave cuando se infiere grave daño corporal al perjudicado.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. A. Quintana Cajas.*

Abogado del apelado: *Sr. S. Mestre, Fiscal.*

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

El presente fué un caso de acometimiento y agresión. La defensa principal del apelante es que al tirar la piedra él actuó en defensa propia. De la prueba aparece que el denunciante había agredido al acusado-apelante antes de que éste tirara la piedra efectivamente, pero de la misma

evidencia que tenía la corte sentenciadora, estaba en su derecho creer que era el denunciante más bién que el acusado el que había obrado en defensa propia, pues éste estaba insultando al denunciante y amenazándole con la piedra.

En cuanto al otro error alegado, o sea, el de las circunstancias agravantes, éstas fueron demostradas, y la sentencia de convicción se justifica por la subdivisión 7 de la sección 6 de la ley de marzo 10, 1904, por la cual un acometimiento es de circunstancias agravantes cuando se infiere grave daño corporal a la persona agredida.   Por lo tanto, la sentencia de la corte de distrito que impuso una multa de cien dollars y una sentencia alternativa de cárcel que no exceda de noventa días, es justa.

La sentencia debe confirmarse.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro, Aldrey y Hutchison.